# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-1820 TJH (MRWx) | Date | September 21, 2015 |
|---|---|---|---|
| Title | Potts v. Regency Park Senior Living, Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

    The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 39.)  The Court accepts and ENTERS the proposed order subject to the following:

    1.   ¶ 6.3 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.